DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOSEPH ARTHUR WIENDL,

Appellant,

v.

STEPHANIE WIENDL,

Appellee.

No. 2D20-2691

————————————————

September 15, 2021

Appeal from the Circuit Court for Hillsborough County; Lawrence Mark Lefler, Judge.

Joseph Arthur Wiendl, pro se.

Robert M. Brush of Brush & Coyle, P.A., Lakeland, for Appellee.

PER CURIAM.

    Affirmed.

SLEET, ATKINSON, and STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.